sUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

Case No. 11-12902

Hon. Avern Cohn

REGINALD LAROSA aka
REGINALD LARSOSA,

          Defendant.

_____

# Judgment

For the reasons stated in the Memorandum and Order entered on December 07, 2011,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff against defendant and the case is DISMISSED.

IT IS FURTHER ORDERED AND ADJUGED that the Government is entitled to the amount of $108,258.78, plus pre-judgment interest from the date of filing the Complaint, and $350.00 in court costs plus post judgment interest pursuant to 28 U.S.C. § 1961.

SO ORDERED.

Dated: December 7, 2011        s/Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record and Reginald Larsosa, 30955 Hunters Drive, # 23, Farmington Hills, MI 48334 on this date, Wednesday, December 7, 2011, by electronic and/or ordinary mail.

                                                        s/Julie Owens
                                                        Case Manager, (313) 234-5160